STATE of Missouri, Respondent,

v.

**Rashaun GRAVES, Appellant.**

**No. WD 69894.**

Missouri Court of Appeals, Western District.

July 20, 2010.

Laura G. Martin, Esq., Kansas City, MO, for appellant.

Shaun Mackelprang, Esq., and Terrence M. Messonnier, Esq., Jefferson City, MO, for respondent.

BEFORE DIVISION ONE: LISA WHITE HARDWICK, Chief Judge Presiding, JAMES M. SMART, JR., and CYNTHIA L. MARTIN, Judges.

ORDER

PER CURIAM.

Following a jury trial, Rashaun Graves appeals his convictions on three counts of first-degree robbery and one count of attempted first-degree robbery. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of convictions.

AFFIRMED. Rule 30.25(b).